**CHIEF JUSTICE**
   ROGELIO VALDEZ

**JUSTICES**
   NELDA V. RODRIGUEZ
   DORI CONTRERAS GARZA
   GINA M. BENAVIDES
   GREGORY T. PERKES
   NORA L. LONGORIA

**CLERK**
   CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 31, 2015

Hon. Virginia Koblizek Burt
Attorney At Law
P. O. Box 717
Sinton, TX 78387
* DELIVERED VIA E-MAIL *

Hon. Mark Skurka
District Attorney
901 Leopard Street, Room 205
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Adolfo Aguilo Jr.
Assistant District Attorney
Nueces County Courthouse
901 Leopard - Room 206
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00151-CR
Tr.Ct.No.  12-CR-3065-E
Style:    Jose Rocha v. The State of Texas

The above-referenced cause has been set for submission without oral argument on Monday, September 21, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Nelda V. Rodriguez and Justice Gregory T. Perkes.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch